IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff-Respondent, )<br>)<br>v. )<br>)<br>JOEL DOHENY DUARTE-CAMPOS, )<br>)<br>Defendant-Movant. )<br>)<br>_____ ) | No. CV 06-2035-PHX-MHM (GEE)<br>CR 04-1108-PHX-MHM (GEE)<br><br>**ORDER** |

      Currently before the Court is Magistrate Judge Glenda E. Edmonds Report and Recommendation addressing Defendant-Movant Joel Duarte-Campos's ("Movant') August 23, 2006 motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255. (Dkt. #37). Movant claims that his counsel was ineffective because he (1) "incorrectly advised [Movant] regarding the consequences and the ultimate sentence"; (2) "pressured/coerced [Movant] into accepting a plea agreement"; and (3) failed to file objections to the presentence report. (Dkt. #37, p.4; Dkt. #43). On February 20, 2007, the Magistrate Judge issued her Report and Recommendation recommending that the Court deny Movant's motion on the merits. (Dkt. #47).

      A district court must review a Magistrate Judge's findings and recommendations de novo if objection is made but not otherwise. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); see 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall

1  make a de novo determination of those portions of the report or specified proposed
2  findings or recommendations to which objection is made."). "Failure to object to a
3  magistrate judge's recommendation waives all objections to the judge's findings of fact."
4  Jones v. Wood, 207 F.3d 557, 562 n.2 (9th Cir. 2000).

5      Despite leave to do so as expressly stated in the Magistrate Judge's Report and
6  Recommendation, the parties did not file any objections to the Report and
7  Recommendation. (Dkt. #47, p.6); see also 28 U.S.C. § 636(b)(1)(C). After reviewing
8  the record and good cause appearing, the Court will adopt the Magistrate Judge's Report
9  and Recommendation denying Movant's motion as the order of the Court.

10  **Accordingly,**

11  **IT IS HEREBY ORDERED** adopting in full the Report and Recommendation
12  (Dkt. #47) denying Defendant's motion to vacate, set aside, or correct sentence pursuant to
13  28 U.S.C. §2255 (Dkt. #37) as the order of the Court.

14  **IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment
15  accordingly.

16  DATED this 19th day of February, 2008.

20  Mary H. Murgula
United States District Judge